ARTHUR MURRAY, Individually and Doing Business under the Name of ARTHUR MURRAY'S STUDIO, Appellant, *v.* SYLVIA COOPER, Respondent.

Submitted January 9, 1945; decided January 16, 1945.

*Louis F. Huttenlocher* and *Arthur M. Moritz* for appellant. *Copal Mintz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.